**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESMERALDA FUENTES-ALATRISTE, an individual,<br><br>          Plaintiff,<br>v.<br><br>SAM'S WEST, INC., d/b/a SAM'S CLUB, a Foreign Corporation; DOE EMPLOYEES; DOES 1-10, inclusive; ROE CORPORATIONS 11-20; ROE THIRD-PARTY CLEANING COMPANY, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>          Defendants. | CASE NO.:  2:24-cv-00440-GMN-MDC<br><br>[District Court, Clark County, Case No.: A-24-885050-C, Dept No.: 23]<br><br><br>**STIPULATION AND ORDER TO DISMISS** |

COME NOW Plaintiff, ESMERALDA FUENTES-ALATRISTE ("Plaintiff"), by and through her counsel of record, the law firm of CHRISTIAN MORRIS TRIAL ATTORNEYS, and Defendant, SAM'S WEST, INC., d/b/a SAM'S CLUB ("Defendant"), by and through its counsel of record, the law firm of HALL & EVANS, LLC, and hereby request that the Court dismiss this action with prejudice. There are no counterclaims, crossclaims, or third-party claims pending in this civil action. The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

. . .

. . .

KB/20147-106

1    Accordingly, the parties request that all related deadlines and hearings currently set in

2  this case be VACATED.

3    **IT IS SO STIPULATED.**

4    DATED this 10th day of October, 2024.    DATED this 11th day of October, 2024.

5    **CHRISTIAN MORRIS TRIAL**    **HALL & EVANS, LLC**
6    **ATTORNEYS**

7    *Jamie N. McAnelly*

8    CHRISTIAN M. MORRIS, ESQ.    KURT R. BONDS, ESQ.
9    JAMIE N. MCINELLY, ESQ.    Nevada Bar No. 6228
     2250 Corporate Circle, Suite 390    TANYA M. FRASER, ESQ.
10   Henderson, NV 89074    Nevada Bar No. 13872
     *Attorneys for Plaintiff*    1160 North Town Center Drive
11   Suite 330
     Las Vegas, Nevada 89144
12   (702) 998-1022
13   nvefile@hallevans.com
     *Attorneys for Walmart, Inc.*

14    **ORDER**

15    The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, it is

16  hereby ordered that the Stipulation is **approved.** All remaining claims in this civil action are

17
18  dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

19    **IT IS SO ORDERED.**

20    DATED this _28_ day of October, 2024.

21

22    Gloria M. Navarro
      United States District Judge
23    **HALL & EVANS, LLC**

24
25   KURT R. BONDS, ESQ.
     Nevada Bar No. 6228
26   1160 North Town Center Drive, Ste 330
     Las Vegas, Nevada 89144
27   (702) 998-1022
     nvefile@hallevans.com
28   *Attorneys for Walmart, Inc.*

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022